IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,            )
                        Plaintiff,   )
vs.                                  )        CASE NO. 3:96CV411
                                     )        (Financial Litigation Unit)
GREGORY HOLLOWAY,                    )
                        Defendant.   )
and                                  )
                                     )
MCGEE BROTHERS CO., INC.,            )
                        Garnishee.   )

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Order of Continuing Garnishment filed in this case against the defendant

Gregory Holloway on December 8, 2005 is **DISMISSED**.

Signed: June 6, 2006

David C. Keesler
United States Magistrate Judge